UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUZANNE FRIED,

      Plaintiff,

Case No. 14-12865

Honorable John Corbett O'Meara

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

      Defendant.
                                        /

**ORDER DENYING PLAINTIFF'S MOTION TO ENFORCE PROTECTIVE ORDER**

      This mater came before the court on plaintiff Suzanne Fried's May 7, 2015 Motion to Enforce Protective Order. Defendant Experian Information Solutions ("EIS") filed a response May 21, 2015. No reply was filed, and no oral argument was heard.

      The parties to this action previously submitted a Stipulated Protective Order which was signed by the court and filed November 6, 2014. The parties agreed that "[d]ocuments deemed to be proprietary or confidential by any party, and designated as such in accordance with the provisions of the Agreement, are subject to this Protective Order."  Agreement at ¶ 5.

      Plaintiff contends that defendant EIS produced a number of documents in discovery that were designated confidential and that now EIS seeks to file redacted copies of some of those same documents. EIS explains that the three documents in question are Automated Consumer Dispute Verification Forms ("A/CDV's"). EIS agrees that the A/CDV's contain personal information about Plaintiff, such as her address and Social Security Number, which must be protected. For that reason, EIS has redacted that information from the records it seeks to file.

Plaintiff Fried did not file a reply to EIS's response; therefore, the court can find no reason not to allow the redacted forms to be filed.

Accordingly, it is hereby **ORDERED** that Plaintiff's May 7, 2015 Motion to Enforce Protective Order is **DENIED.**

                                                s/John Corbett O'Meara
                                                United States District Judge

Date: June 30, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, June 30, 2015, using the ECF system.

                                                s/William Barkholz
                                                Case Manager